# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MARKUS O'SHEA PAYNE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00103-LSC-SGC |
| SHERRY BURNS, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on May 28, 2024, recommending the dismissal of this action without prejudice for failure to prosecute. (Doc. 7). Among the reasons cited by the magistrate judge was the suspicion that the plaintiff had failed to provide a current address. Confirming these suspicions, the U.S. Postal Service has returned the magistrate judge's report as undeliverable. Obviously, the plaintiff has not objected to the report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the claims in this matter are due to be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** on July 1, 2024.

_____
L. Scott Coogler
United States District Judge

160704